IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZHAOJIN DAVID KE, ) | |
| ) | Civil Action No. 08-268E |
| Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | Judge Sean J. McLaughlin |
| EDINBORO UNIVERSITY OF ) | |
| PENNSYLVANIA, FRANK POGUE, ) | |
| JANET DEAN, TERRY SMITH, ) | |
| RIVA SHARPLES, ) | |
| ) | |
| Defendants. ) | Electronically filed. |

ERRATUM

**NOW COMES** plaintiff Zhaojin David Ke to correct an error about the year in ¶ 24 of his "Motion for Retrial" filed on September 28, 2011. The correct year in reference to the incident should be "2002." The paragraph ought to read as follows:

    24.    On the witness stand, she amazingly admitted kicking Plaintiff out of his office—Room 223—in May 2002 after he had changed the asbestos tiles on his office floor to vinyl tiles, but she denied moving in herself. Instead, she lied that she gave the room to Paul Rovang because he was allergic to carpet. (Was that itself discrimination under Title VII?) The truth was that in the fall semester of 2002 the facilities department finally replaced the asbestos tiles in all ETA offices with carpet. Because Paul Rovang claimed he was allergic to carpet he moved in with Sharples (who was seldom seen in her office anyway) at the end of 2002 (Exhibit 17).

    Respectfully submitted,

    /s/Zhaojin David Ke
    Zhaojin David Ke
    533 Indiana Drive
    Erie, Pennsylvania 16505
    4025 E. Roosevelt Blvd.
    Philadelphia, PA 19124
    814-218-6905

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon the defense counsel, via the district court's ECF system, this Oct. 2, 2011.

/s/Zhaojin David Ke
Zhaojin David Ke
533 Indiana Drive
Erie, Pennsylvania 16505
4025 E. Roosevelt Blvd.
Philadelphia, PA 19124
814-218-6905
